**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1562**

In re:  ELIZABETH H. COOMES, a/k/a Elizabeth Haring Coomes, d/b/a Old Town Insurance & Financial,

Petitioner.

On Petition for Writ of Mandamus.

Submitted:  August 20, 2019                                    Decided:  August 22, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Elizabeth Haring Coomes, Petitioner Pro Se.  Marcelo Ramiro Michel, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Haring Coomes petitions for a writ of mandamus seeking an order directing the bankruptcy court to vacate its order barring Coomes from filing further pleadings in the underlying bankruptcy proceeding. We conclude that Coomes is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Kerr v. U.S. Dist. Court,* 426 U.S. 394, 402 (1976); *United States v. Moussaoui*, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Moreover, mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Coomes is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We also deny Coomes' motion for a stay pending mandamus as well as all other pending motions in this case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*